KATE C. GEHAN v. MARY KELLY and Others, Impleaded with JAMES COOPER and Others.— Motion denied on account of the death of one of the defendants. Proper steps should be taken to revive. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM RADISH v. SAMUEL B. SWARTS and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HANOVER TRUST COMPANY v. ALBERT L. SIFF and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JACOB SCHECHTER and Another v. JACOB COHEN and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HERBERT COX v. LYKES BROTHERS and Others.— Motion to dismiss appeal denied, without prejudice to renewal upon the argument of said appeal. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MURRY A. VERNER v. H. SELLERS MCKEE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of JACOB JUNG, Deceased.— Motion granted and appellant's time extended to December 28, 1922. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES STEBER v. WASHINGTON MARINE INSURANCE COMPANY OF NEW YORK.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

NATIONAL SURETY COMPANY v. WILLIAM H. SEAICH.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

IRVING NATIONAL BANK, NEW YORK, v. NEW YORK FIBRE COMPANY, INC.— Motion for leave to appeal denied, with ten dollars costs, and motion for stay granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAY M. BRANDOW v. MURRAY & TREGURTHA CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THEKLA HOFMANN v. LOUIS B. F. HOFMANN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.